AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Flor Beatriz COBAXIN-Almendra | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 01, 2018__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1543 | Whoever willfully and knowingly uses, or attempts to use, or furnishes to another for use any such false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport, or any passport validly issued which has become void by the occurrence of any condition therein prescribed invalidating the same; |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Juan Arteaga
*Complainant's signature*

Juan Arteaga, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 03, 2018

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **V.** | **CRIMINAL COMPLAINT** |
| Flor Beatriz COBAXIN-Almendra | Case Number: |

On October 1, 2018, a Border Patrol Agent (BPA) inspected a subject later identified as COBAXIN-Almendra, Flor Beatriz who was encountered on a Greyhound bus at the United States Border Patrol checkpoint located at the 29 mile marker on Interstate Highway 35, north of Laredo, Texas.

At approximately 7:40 a.m., a Greyhound bus approached the primary bus lanes. BPA boarded the bus in order to conduct immigration inspections on all passengers. BPA encountered COBAXIN-Almendra, Flor Beatriz who presented a U.S. Passport card bearing the name COBAXIN, Flor Beatriz. The BPA noticed the U.S. Passport card had a photograph that matched COBAXIN-Almendra, Flor Beatriz. The BPA inspected the document and noticed that the document was missing several security features and appeared to be altered. BPA contacted dispatch and requested the passport card number to be checked. Results from the passport card number came back to a different name. After further immigration questioning, COBAXIN-Almendra, Flor Beatriz admitted to being in the United States illegally and did not possess any immigration documents that would allow her to be in or remain in the United States legally. COBAXIN-Almendra, Flor Beatriz was placed under arrest and escorted inside the checkpoint for processing.

COBAXIN-Almendra, Flor Beatriz was informed of her rights as per Service Form I-214. COBAXIN-Almendra, Flor Beatriz provided a sworn statement which she stated she was a citizen of Mexico. COBAXIN-Almendra, Flor Beatriz stated she illegally entered the United States on September 27, 2018, near Laredo, Texas. COBAXIN-Almendra, Flor Beatriz claims to have paid an unknown man in Nuevo Laredo, Tamaulipas, Mexico $500 for the fraudulent passport card. COBAXIN-Almendra, Flor Beatriz also stated that she knew that it was illegal to obtain or use a fraudulent passport card in the United States.

SUBSCRIBED and SWORN to before me this _____ day of _____.

_____ _____
Signature of Judicial Officer                Signature of Complaint